UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-22514-CIV-HUCK/WHITE

PETUEL SUBRUN,

    Petitioner,

vs.

ERIC HOLDER, JR., et al.,

    Respondents.
_____/

**CLOSED CIVIL CASE**

## ORDER

    This matter is before the Court upon the Plaintiff's Emergency Petition for Writ of Habeas Corpus (D.E. #1), filed August 26, 2009. On October 9, 2009, the Honorable Patrick A. White, United States Magistrate Judge, issued a Report (D.E. #12), recommending dismissal of the case because Petitioner has been released from custody as of October 2, 2009. *See* D.E. #10, Ex. A. To date, Petitioner has neither objected to the Report, filed an amended petition, or otherwise responded.

    This Court has independently reviewed the claims asserted in the Emergency Petition and the Report. Being otherwise duly advised, the Court agrees with the Report and finds that, in his Report, Magistrate Judge White correctly sets forth the determinative facts and applied the appropriate legal standards in making his recommendation. The Court adopts the findings of fact and conclusions of law set forth in the Report. Accordingly, it is hereby

    ORDERED that Judge White's Report is adopted by this Court. The Petition is dismissed as moot and the Clerk shall close this case and deny any pending motions as moot.

    DONE AND ORDERED in Chambers, Miami, Florida, October 28, 2009.

                                              PAUL C. HUCK
                                              United States District Judge

**Copies Furnished To:**
All Counsel of Record

Petuel Subrun
1256 N.W. 79 Street, #108
Miami, FL 33147